Filed 3/29/21  P. v. Zendejas CA4/1

# NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## COURT OF APPEAL, FOURTH APPELLATE DISTRICT

## DIVISION ONE

## STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>  Plaintiff and Respondent,<br><br>  v.<br><br> ANTHONY ZENDEJAS,<br><br>  Defendant and Appellant. | D077759<br><br><br><br>(Super. Ct. No. SCD220281) |

APPEAL from an order of the Superior Court of San Diego County, Joan P. Weber, Judge.  Affirmed.

Christopher Nalls, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

In June 2010, Anthony Zendejas entered into a plea agreement.  Under the terms of that agreement, Zendejas pleaded guilty to one count of premeditated first degree murder and one count of second degree murder (Pen. Code,[1] §§ 187, subd. (a), 189).  Zendejas admitted personal use of a

---

1      All further statutory references are to the Penal Code.

firearm during the second degree murder (§ 12022.5, subd. (a)).  The parties agreed the transcript of the preliminary hearing would serve as the factual basis for the plea and stipulated to a term of 44 years to life for the offenses. Zendejas was sentenced in accordance with the plea agreement.

In January 2019, Zendejas filed a pro. per. petition for resentencing under section 1170.95.  The court appointed counsel and received briefing. Following review of the record of conviction, the court denied the petition by written order.

Zendejas filed a timely notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) indicating counsel has not been able to identify any arguable issues for reversal on appeal.  Counsel asks the court to review the record for error a mandated by *Wende*.  We offered Zendejas the opportunity to file his own brief on appeal, but he has not responded.

## STATEMENT OF FACTS

Zendejas pleaded guilty to both counts 1 and 2.  As to both counts, the parties stipulated to the transcript of the preliminary hearing as the factual basis for the plea.  In count 1, Zendejas admitted he committed premeditated first degree murder.  Regarding count 1, the magistrate found Zendejas was a direct aider and abettor who intended the victim should be killed.  Regarding count 2, the magistrate found Zendejas was the actual killer of the victim.

## DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to review the record for error.  To assist the court in its review and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified the following possible issues that were considered in evaluating the potential merits of this appeal:

2

1.  Did the trial court err in failing to issue an order to show cause for the conviction in count 1;

2.  Did the trial court err in failing to issue an order to show cause for the conviction in count 2; and

3.  If the protections of *Anders* and *Wende* do not apply, should the court conduct an independent review of the record in the interests of justice?

We have reviewed the entire record as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Zendejas on this appeal.

DISPOSITION

The order denying appellant's petition for resentencing under section 1170.95 is affirmed.

HUFFMAN, J.

WE CONCUR:

BENKE, Acting P. J.

DATO, J.

3